# EXHIBIT A

**Jeffrey H. Shanks, MA, RPA**
**National Park Service, Southeast Archeological Center**
**2035 E. Paul Dirac Drive, Johnson Building, Suite 120**
**Tallahassee, Florida 32310**
**850-694-8600**
**jeffrey_shanks@nps.gov**

I am a professional archaeologist and anthropologist with an avid interest in the popular culture of the early 20th century and in particular, the horror and science fiction pulp magazines of the pre-World War II era. For the last several years my research has focused on the works of authors Robert E. Howard and H. P. Lovecraft and their use of anthropological and sociological themes in their fiction. I have published a number of popular and scholarly articles on this and related topics and recently co-edited the essay collection *The Unique Legacy of Weird Tales: The Evolution of Modern Fantasy and Horror*, which was a finalist for the 2016 Bram Stoker Award. I currently serve as co-chair of the Pulp Studies area for the Popular Culture Association.

**EDUCATION**

M.A., Classical Archaeology
Florida State University, May 2006
Thesis: *Imago Nili: The Egyptian Theme in Roman Villas*.

B.A., Classics
Florida State University, May, 1999
Concentration: Classical Archaeology

**EXPERIENCE**

Instructor, 2001-2003
Department of Classics, Florida State University
Courses: Classical Mythology; Myth: East and West; Greek and Latin Elements in English

Archaeological Technician, 2003–2007
Florida Department of State, Division of Historical Resources
Tallahassee, Florida

Archeologist, 2007–Present
National Park Service, Southeast Archeological Center
Tallahassee, Florida

**LICENSES / CERTIFICATION**
Register of Professional Archaeologists, 2006-Present

**SELECT PRESENTATIONS**

"Creating an Age Undreamed Of: Robert E. Howard and the Works of Lewis Spence and W. Scott-Elliot." Popular Culture Association/American Culture Association National Conference, 2011.

"Gouged Eyes and Chawed Ears: The Rough and Tumble World of Breckinridge Elkins." Popular Culture Association/American Culture Association National Conference, 2012.

"Evolutionary Otherness: Anthropological Anxiety in Robert E. Howard's 'Worms of the Earth.'" International Conference for the Fantastic in the Arts, 2013.

"From Jungle Lords to Planetary Pioneers: Ideologies and Anxieties of Colonialism in the Pulps." Popular Culture Association/American Culture Association National Conference, 2014.

"Zombies from the Pulps!: Race, Imperialism, and the Dawn of the Living Dead Genre." Popular Culture Association/American Culture Association National Conference, 2015.

"Darwin and the Deep Ones: Anthropological and Evolutionary Anxiety in Lovecraft's 'The Shadow over Innsmouth' and Other Stories." Armitage Symposium, NecronomiCon Providence, 2015.

**SELECT PUBLICATIONS**

"Theosophy and the Thurian Age: Robert E. Howard and the Works of William Scott-Elliot." *The Dark Man: The Journal of Robert E. Howard Studies*. 6.1, 2011.

"Hyborian Age Archeology: Unearthing Historical and Anthropological Foundations." *Conan Meets the Academy*. ed. Jonas Prida. Jefferson, NC: McFarland & Company, 2013.

"History, Horror, and Heroic Fantasy: Robert E. Howard and the Creation of the Sword and Sorcery Subgenre." *Critical Insights: Pulp Fiction*. ed. Gary Hoppenstand. Pasadena, CA: Salem Press, 2013.

"Vaqueros and Vampires in the Pulps: Robert E. Howard and the Dawn of the Undead West." *Undead in the West II: They Just Keep Coming*. eds. Cynthia J. Miller and A. Bowdoin Van Riper. Scarecrow Press, 2013. (with Mark Finn) *Zombies from the Pulps!* (Editor) Skelos Press, 2013.

"Theosophy and the Thurian Age: Addendum." *The Dark Man: The Journal of Robert E. Howard Studies*. 7.2, 2014.

"What the Thak?: Anthropological Oddities in Howard's Work." *REH: Two-Gun Raconteur* 17, 2014.

*The Unique Legacy of Weird Tales: The Evolution of Modern Fantasy and Horror*. (Editor) Rowman and Littlefield, 2015. (with Justin Everett)

"Evolutionary Otherness: Anthropological Anxiety in Robert E. Howard's 'Worms of the Earth.'" In *The Unique Legacy of Weird Tales: The Evolution of Modern Fantasy and Horror*. Eds. Justin Everett and Jeffrey Shanks. Rowman and Littlefield, 2015.

"Nameless Tribes and Races of Men: Anthropological World-Building in 'Men of the Shadows.'" *Skelos: The Journal of Weird Fiction and Dark Fantasy.* 1.1, 2016.

"Darwin and the Deep Ones: Anthropological Anxiety in 'The Shadow over Innsmouth' and Other Stories." *Lovecraft Proceedings* 2, 2017.

**AWARDS**

Horror Writers Association
  Bram Stoker Award – Non Fiction (Finalist), 2016

Robert E. Howard Foundation
  Emerging Scholar, 2012
  Best Print Essay, 2013, 2014, 2015, 2016, 2017

**AFFILIATIONS**

Archaeological Institute of America, 1999–2006
Society for American Archaeology, 2007–Present
Southeastern Archaeological Conference, 2009–Present
Florida Anthropological Society, 2009–Present
Popular Culture Association, 2011–Present
International Association for the Fantastic in the Arts, 2013–Present