# EXHIBIT B



"He reeled away from the wall and met the leaping horror with a cast of his ax."

# The Phoenix on the Sword

### By ROBERT E. HOWARD

*A soul-searing story of a fearsome monster spawned in darkness before the first man crawled out of the slimy sea*

