# EXHIBIT F




