EXHIBIT I

